IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| Lena Smith, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-4352-CV-C-JTM |
| ) | |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Pending before the Court is plaintiff's *Application for Attorney's Fees Under The Equal Access To Justice Act*, filed July 2, 2013 [Doc. 18]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application for Attorney's Fees Under The Equal Access To Justice Act*, filed July 2, 2013 [Doc. 18] is **GRANTED**. Accordingly, plaintiff is awarded fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, in the amount of $4,714.93.

                                                  */s/ John T. Maughmer*
                                                         **John T. Maughmer**
                                       **United States Magistrate Judge**